LAWRANCE A. BOHM (SBN 208716)
ZANE E. HILTON (SBN 305207)
DOUGLAS K. SCHELLER (SBN 320755)
BOHM LAW GROUP, INC.
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone: (916) 927-5574
Fax: (916) 927-2046

*Attorneys for Plaintiff, Pamela Lascoe*


JON DAGGETT (SBN 227375)
ROBERT POSTAR (SBN 103538)
BEN LEWIS (SBN 308326)
HIROSHIMA DAGGETT
10933 Trade Center Drive, Suite 108
Rancho Cordova, CA 95670
Telephone: (916) 288-8600
Facsimile: (916) 929-7335

*Attorneys for Defendants,*
AMAZING FACTS INTERNATIONAL
and ANDREW TAYLOR

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA LASCOE,<br><br>    Plaintiff,<br><br>  vs.<br><br>AMAZING FACTS INTERNATIONAL; ANDREW TAYLOR; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 2:19-CV-01436-JAM-DB<br><br>**JOINT STIPULATION AND ORDER FOR:**<br><br>**(1) DISMISSAL WITH PREJUDICE OF CAUSES OF ACTION 1 THROUGH 10, 12, 13, AND 15 AGAINST DEFENDANT AMAZING FACTS INTERNATIONAL;**<br><br>**(2) DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST DEFENDANT ANDREW TAYLOR;**<br><br>**(3) DISMISSAL WITHOUT PREJUDICE OF PUNITIVE DAMAGES ALLEGATIONS** |

| | |
|---|---|
| | **AGAINST DEFENDANT AMAZING FACTS INTERNATIONAL; AND**<br><br>**(4) FOR REMAND OF ACTION TO STATE COURT**<br><br>[Formerly California Superior Court, County of Placer, Case No. SCV 0043196]<br><br>Complaint Filed: June 18, 2019<br>Trial Date: No date set |

The parties to this action, acting through counsel, after meeting and conferring, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate as follows:

A. Plaintiff PAMELA LASCOE shall dismiss with prejudice causes of action 1 through 10, 12, 13 and 15, (except the three (3) state law causes of action 11, 14, and 16) in Plaintiff's Complaint alleged against DEFENDANT AMAZING FACTS INTERNATIONAL. Specifically, Plaintiff PAMELA LASCOE dismisses with prejudice the following causes of action in Plaintiff's Complaint alleged against DEFENDANT AMAZING FACTS INTERNATIONAL:

1. Hostile Work Environment Based on Sex/Gender & Disability: 42 U.S.C. §2000e2 and §12112;

2. Hostile Work Environment Based on Sex/Gender & Disability: Gov. Code §12940, subd. (J);

3. Discrimination Based on Disability: 42 U.S.C. §12112;

4. Discrimination Based on Disability: Gov. Code §12940, subd. (a);

5. Discrimination Based on Sex/Gender: 42 U.S.C. §2000e2;

6. Discrimination Based on Sex/Gender: Gov. Code §12940, subd. (a);

7. Retaliation: 42 U.S.C. §2000e-3(a), §12112, and §12203;

8. Retaliation in Violation of FEHA: Gov. Code §12940, subd. (h);

9. Failure to Accommodate in Violation of Title I & V: 42 U.S.C. §12112 and §12203;

10. Failure to Accommodate in Violation of FEHA: Gov. Code §12940, subd. (m);

12. Failure to Prevent Discrimination, Harassment, and Retaliation: Gov. Code §12940, subd. (k);

13. Failure to Engage in Interactive Process: Gov. Code c, subd. (n); and

15. CFRA Interference: Gov. Code §12945.2 *et seq.*

B. Pursuant to California Code of Civil Procedure §425.14, Plaintiff PAMELA LASCOE shall dismiss without prejudice all of the punitive damage allegations and the prayer for punitive damages in Plaintiff's Complaint alleged against DEFENDANT AMAZING FACTS INTERNATIONAL because AMAZING FACTS INTERNATIONAL is a non-profit religious corporation.

C. Plaintiff PAMELA LASCOE shall dismiss with prejudice this action in its entirety against Defendant ANDREW TAYLOR, individually.

D. Subject to the foregoing dismissals, this action, with the three (3) remaining state law causes of action, nos. 11, 14 and 16 stated herein, shall be remanded back to the California Superior Court for Placer County, California, Case No. SCV 0043196. The three (3) remaining state law causes of action are:

11. Violation of California Labor Code §§98.6 & 1102.5 (stated in the body of the Complaint as "Whistleblower Retaliation in Violation of Labor Code Sections 98.6 and 1102.5;

14. Violation of Labor Code §§6310 & 6311; and

16. Wrongful Termination in Violation of Public Policy (stated in the body of the Complaint as "Adverse Employment Action in Violation of Public Policy").

E. Plaintiff PAMELA LASCOE stipulates that, following the completion of the remand process with the California Superior Court for Placer County, California, Case No. SCV 0043196,

DEFENDANT AMAZING FACTS INTERNATIONAL shall have to and including September 30, 2019 to respond to Complaint.

  F.  Each party to bear its own attorney's fees and costs, limited to this stipulation for dismissals and remand.

**AGREED:**

Dated: August 1, 2019

By:  */s/Douglas K. Scheller, Jr.*
(as authorized on August 1, 2019)
Lawrance A. Bohm, Esq.
Zane E. Hilton, Esq.
Douglas K. Scheller, Jr., Esq.
BOHM LAW GROUP, INC.
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834

*Attorneys for Plaintiff, Pamela Lascoe*

Dated: August 1, 2019

By:  */s/Robert Postar*
(as authorized on August 1, 2019)
Robert Postar, Esq.
HIROSHIMA DAGGETT
10933 Trade Center Drive, Suite 108
Rancho Cordova, CA 95670

*Attorneys for Defendants*
*AMAZING FACTS INTERNATIONAL*
*and ANDREW TAYLOR*

# **ORDER**

The stipulation is approved. The causes of action 1-10, 12, 13, and 15, stated herein against DEFENDANT AMAZING FACTS INTERNATIONAL are hereby dismissed with prejudice. The punitive damages allegations and the prayer for punitive damages in Plaintiff's Complaint alleged against DEFENDANT AMAZING FACTS INTERNATIONAL are hereby dismissed without prejudice pursuant to California Code of Civil Procedure §425.14 because AMAZING FACTS INTERNATIONAL is a non-profit religious corporation. The entire action against Defendant ANDREW TAYLOR, individually, is dismissed with prejudice.

Subject to the foregoing dismissals, this action, with the three (3) remaining state causes of action against DEFENDANT AMAZING FACTS INTERNATIONAL, nos. 11, 14 and 16 stated herein, shall be remanded back to the California Superior Court for Placer County, California, Case No. SCV 0043196.

This Court finds that Plaintiff PAMELA LASCOE stipulated that, following the completion of the remand process with the California Superior Court for Placer County, California, Case No. SCV 0043196, DEFENDANT AMAZING FACTS INTERNATIONAL shall have to and including September 30, 2019 to respond to Complaint.

All parties to bear their own attorney's fees and costs limited to this stipulation for dismissals and remand.

The Clerk is directed to act to forthwith remand this action to the California Superior Court for Placer County, California.

Dated: August 1, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND REMAND